UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CR-20346-GAYLES

UNITED STATES OF AMERICA,

v.

LORENA RESTREPO MOLINA,

Defendant.
_____/

## FACTUAL PROFFER

The United States and Defendant Lorena Restrepo Molina agree that had this case gone to trial, the Government would have proved the following facts, among others, beyond a reasonable doubt, and that these facts are true and correct and establish Defendant's guilt of the offense to which he has been charged, namely, conspiracy to commit health care fraud and wire fraud.

From in or around April 2018, Defendant was an operator of Original Healthcare Corporation ("Original") in Miami, Florida. From in or around April 2018, the Defendant conspired with Janoy Molina Fernandez, an operator of Original. Original was a medical clinic that purportedly provided private insurance beneficiaries with various medical treatments and services, including physical therapy.

The Defendant and her coconspirator submitted and caused to be submitted false and fraudulent claims to Blue Cross Blue Shield (BCBS), concealed the submission of the false and fraudulent claims to BCBS, concealed the receipt of the fraud proceeds, and diverted the fraud proceeds for their personal use and benefit and to further the fraud. Among other things, the Defendant provided documents to the beneficiaries and instructed them on how to complete the

1

documents and which parts to leave blank. These documents were used as part of the fraudulent submissions to BCBS. In addition, the Defendant backdated physical therapy prescriptions and instructed the beneficiaries how to answer any inquiries from the insurance company regarding their fraudulent care.

Defendant and his co-conspirators submitted, and caused to be submitted via interstate wire communications, claims to BCBS which falsely and fraudulently represented that various health care benefits were medically necessary, prescribed by a doctor, and had been provided by Original to insurance beneficiaries of BCBS. As a result of the false and fraudulent claims, Blue Cross Blue Shield made payments to corporate bank account(s) controlled by the Defendant and her coconspirator.

The foregoing facts do not describe all the details of the scheme, or Defendant's complete knowledge of the scheme, but are offered for the limited purpose of establishing a sufficient factual basis to support Defendant's plea of guilty to the charge of conspiracy to commit health care fraud and wire fraud.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 9/4/19    By: ~~Joshua S. Rothstein~~ Shannon Shaw
                    Assistant U.S. Attorney

Date: 9/4/19    By: Paul Basile
                    Attorney for Defendant

Date: 9/4/19.   By: Lorena Restrepo Molina
                    Defendant

2